HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DEBELLA EXTERIORS, LLC, and DOES 1-10,<br><br>Defendants. | NO. 3:26-cv-05081-DGE<br><br>NOTICE OF SETTLEMENT<br><br>**Clerk's Action Required** |

## NOTICE OF SETTLEMENT

COME NOW the Parties, by and through their attorneys of record, and apprise this Court that the Parties have reached a settlement in this matter. The Parties request that all deadlines and the Scheduling Conference currently set to be heard on 5/8/26 at 2:30 PM be stricken. The Parties will file a Stipulation directing the Clerk of the Court to dismiss this case pursuant to FRCP 41 within 30 days of the filing of this Notice of Settlement.

DATED May 4, 2026

| | |
|---|---|
| NORTHWEST DEBT RESOLUTION | SNELL & WILMER LLP |
| /s/ Peter Schneider | /s/ Benjamin C Woodruff |
| Peter Schneider, WSBA# 43131 | Benjamin C Woodruff, WSBA# 56618 |
| Attorney for Plaintiff | Attorney for DaBella Exteriors, LLC |



NWDR
NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

BERENSON LLP

/s/ Diane J Zelmer
Diane J Zelmer, *Pro Hac Vice*
Attorney for DaBella Exteriors, LLC

//

//

//

//

//

//

//

//

//

//



NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015