HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DABELLA EXTERIORS, LLC, and DOES 1-10,<br><br>Defendants. | NO. 3:26-cv-05081-DGE<br><br>ORDER DISMISSING CASE<br><br>**Clerk's Action Required** |

**ORDER**

Based on the Parties' Stipulated Motion to Dismiss (Dkt. 16), it is HEREBY ORDERED:

1. This matter is dismissed with prejudice.
2. There is no award of costs or attorney fees to any party in this matter.

Dated this 1st day of June, 2026.



NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

David G. Estudillo
United States District Judge

Presented by:

/s/Peter Schneider
Peter Schneider, WSBA# 43131
Attorney for Plaintiff
NORTHWEST DEBT RESOLUTION LLC
10900 NE 4TH ST STE 2300
BELLEVUE, WA 98004
206-800-6000
206-800-6015 (fax)
peter@nwdebtresolution.com

/s/Benjamin C Woodruff
Benjamin C Woodruff, WSBA# 56618
Attorney for Dabella Exteriors, LLC
SNELL & WILMER LLP (WA)
600 UNIVERSITY ST STE 310
SEATTLE, WA 98101
206-741-1421
bwoodruff@swlaw.com

/s/Diane J Zelmer
Diane J Zelmer, *Pro Hac Vice*
Attorney for Dabella Exteriors, LLC
BERENSON LLP
1242 SW PINE ISLAND RD STE 42-414
CAPE CORAL, FL 33991
202-577-8984
djz@berensonllp.com

//

//

//

//



NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015